**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00136-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

8.     JOHN BOBROFF,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. # 240.)  Having reviewed this Motion, and being fully advised in the premises, the Court grants the Motion and finds:

On February 17, 2015, the United States and Defendant John Bobroff entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. # 213.)

THAT the requisite nexus exists between the 2008 Chevrolet Truck, bearing New Mexico license plate number GWT-032, and the crime of conspiring to distribute cocaine and possession with the intent to distribute cocaine that Defendant John Bobroff pled guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant's interest in the 2008 Chevrolet Truck, bearing New Mexico license plate number GWT-032 is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a Government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED: April 21, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge